KALIELGOLD PLLC
Sophia Goren Gold (SBN 307971)
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (SBN 238293)
Amanda J. Rosenberg (SBN 278507)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RAGUSANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LASHIFY, INC.,<br><br>Defendant. | Case No. 2:25-cv-04507-WLH-RAO<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Ragusano hereby

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  gives notice that this action is dismissed without prejudice, with each side to bear its

2  own costs and attorneys' fees.

4  Dated: June 4, 2025                    Respectfully submitted,

**KALIELGOLD PLLC**

By: /s/ *Sophia Goren Gold*
Sophia Goren Gold
Jeffrey D. Kaliel
Amanda J. Rosenberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2025, I caused the foregoing document to be served using the Court's CM/ECF service on all parties to this action.

/s/ Sophia Goren Gold
Sophia Goren Gold